**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| GUADALUPE WHOBREY, on her own behalf and as Plenary Guardian for KYLE WINSTON WHOBREY, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 19-cv-2074 |
| v. | )<br>) Judge Colin Sterling Bruce |
| CITY OF DANVILLE, ILLINOIS, a municipal corporation, | )<br>) Magistrate Judge Eric I. Long<br>)<br>) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Guadalupe Whobrey, on her own behalf and as Plenary Guardian for Kyle Winston Whobrey, through her attorney, Natalie Adeeyo of the law firm of Nathan & Kamionski LLP, and Defendant City of Danville, Illinois, through its attorney, Daniel Corbett of the law firm O'Halloran Kosoff Geitner & Cook, LLC, that Plaintiff's cause against Defendant is hereby dismissed with prejudice on account of all issues having been resolved in this matter, each party to pay his or her own fees and costs.

| GUADALUPE WHOBREY | CITY OF DANVILLE, ILLINOIS |
|---|---|
| By: */s/ Natalie Y. Adeeyo*<br>   **Attorney for Plaintiff** | By: */s/ Daniel T. Corbett*<br>   **Attorney for Defendant** |
| Natalie Y. Adeeyo<br>Nathan & Kamionski LLP<br>33 West Monroe, Suite 1830<br>Chicago, Illinois 60603<br>(312) 612-1072<br>nadeeyo@nklawllp.com | Daniel T. Corbett<br>O'Halloran Kosoff Geitner & Cook, LLC<br>Edens Corporate Center<br>650 Dundee Road - Fourth Floor<br>Northbrook, IL 60062<br> (847) 291-0200<br>dcorbett@okgc.com |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| GUADALUPE WHOBREY, ) <br> on her own behalf and as Plenary ) <br> Guardian for KYLE WINSTON WHOBREY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF DANVILLE, ILLINOIS, ) <br> a municipal corporation, ) <br> ) <br> Defendants. ) | Case No. 19-cv-2074 <br><br> Judge Colin Sterling Bruce <br><br> Magistrate Judge Eric I. Long |

## CERTIFICATE OF SERVICE

I, Natalie Adeeyo, an attorney, hereby certify that on **January 4, 2021**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Natalie Y. Adeeyo*